**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER OF ABATEMENT**

Appellate case name:    Kevin Conlin and Kathryn Conlin v. Darrell Haun and Solarcraft, Inc.

Appellate case number:    01-13-00329-CV

Trial court case number:    09-DCV-169352

Trial court:    434th District Court of Fort Bend County

Appellants have filed a notice of appeal from the trial court's oral denial of their Motion to Declare Void or Alternatively, Dissolve Temporary Injunction. No written order denying appellants' motion appears in the clerk's record filed in this case. Unless a written, signed order of the trial court appears in the record, we have no jurisdiction over an appeal. *See* TEX. R. APP. P. 26.1(b). Although the execution of a written order may be merely a ministerial task, it is necessary in order for this Court to have jurisdiction over an appeal.

Accordingly, we abate this appeal for 10 days during which time a written, signed order denying appellants' motion may be executed.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record containing a written, signed order denying appellants' motion is filed in this Court. The parties are notified that if a supplemental clerk's record containing a written, signed order denying appellants' motion is not filed within 10 days, the Court may dismiss the appeal for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a).

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
        ☑ Acting individually    ☐ Acting for the Court

Date: June 11, 2013